UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Angeline Herrera

Write the full name of each plaintiff.

23 CV 00677

____CV_____
(Include case number if one has been assigned)

-against-

Ricardo Torres and
Mario Bautista

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☒ Diversity of Citizenship

A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
_Countersuit to case 1:19-cv-02532 for fees, legal fees and damages in excess $75,000._

B.  If you checked Diversity of Citizenship

   1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Angeline Herrera_, is a citizen of the State of
(Plaintiff's name)

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Ricardo Cajero Torres & Mario Bautista_ is a citizen of the State of
(Defendant's Name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_Mexico & Mexico_ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Angeline_                              _Herrera_
First Name          Middle Initial      Last Name

_620 West 135th Street Apt 5F_
Street Address

_New York_          _NY_                _10031_
County, City        State               Zip Code

_917 499-1981_                          _angeline.grinberg@gmail.com_
Telephone Number                        Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Ricardo Cajero Torres
First Name / Last Name

Current Job Title (or other identifying information)
Defendant's Attorneys Hang & Associates, PLLC 136-20 38th Ave Suite #106
Current Work Address (or other address where defendant may be served)
Flushing, NY 11354
County, City / State / Zip Code

Defendant 2: Mario Bautista
First Name / Last Name

Defendant's Attorneys Hang & Associates PLLC 136-20 38th Ave Suite 106
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
Flushing, NY 11354
County, City / State / Zip Code

Defendant 3: _____
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 4: _____
            First Name           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: _Southern District of New York_

Date(s) of occurrence: _May 20th 2022_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was frivolously sued by the defandents for FSLA & NYLL in NYSD court case 1:19-cv-02532. After a 5 day jury trial, I found not guilty on all counts, and was found to not be the defandents employer by a jury. The defandents failsely accused me of FSLA and NYLL violations. The defandents falsified facts and gave false statements. The defandents slamdered my character and caused ireprebale damages to me. Because of the defandents ~~false~~ actions I had to incurr legal fees, lost wages, damage to my reputation, cost for depositions, cost of the time at trial, emotional damages.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional damages during pregnancy
Psychological damages during pregnancy

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Monetary relief of at least $84,500 for fees and coast incured for defending myself from the start of the defendants lawsuit through defending myself at trial plus interest. Damages for lost reputation, emotional damages, defamation of character and punitive damages in excess of $200,000.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 01/26/2023

Plaintiff's Signature: Angeline Herrera

First Name: Angeline
Middle Initial:
Last Name: Herrera

Street Address: 620 West 135th Street Apt 5F

County, City: New York
State: NY
Zip Code: 10031

Telephone Number: 914 499-1981

Email Address (if available): Angieherrera429@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.