```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ANGELINA HERRERA,                                          :
                                                           :
                              Plaintiff,                   :
                                                           :     23-CV-677 (VSB)
              -against-                                    :
                                                           :        ORDER
RICARDO TORRES and MARIO BAUTISTA,:
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On January 26, 2023, Plaintiff filed this action against Defendants. (Doc. 1.) Plaintiff obtained a summons on January 26, 2023. Plaintiff did not file an affidavit of service or take any other action to prosecute this case for more than ninety days, and so on May 2, 2023, I ordered Plaintiff to submit a letter demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 4.) However, the May 2 Order was not mailed to Plaintiff. Accordingly, it is hereby

ORDERED that Plaintiff respond to my May 2, 2023 Order by May 25, 2023.

The Clerk of Court is respectfully directed to send a copy of the May 2, 2023 Order and this Order to Plaintiff.

SO ORDERED.

Dated:  May 11, 2023
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge