UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2023 JUL 19 PM 1:36

_Angeline Herrera_

Fill in above the full name of each plaintiff or petitioner.

Case No. 23 CV 00677

-against-

_Ricardo Torres, et al_

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 07/20/2023

Fill in above the full name of each defendant or respondent.

## DECLARATION

_Motion to reopen_

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, _Angeline Herrera_, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I write this declaration in motion to reopen my case. This is my first time doing a Pro se. During the case I wanted to serve the defendants. Serving the defendants was unsuccessful. Their law office ingnored me by not giving me the contact information of the defendants.

Rev. 6/30/16

Because Pro Se is a new experience to me, I was unaware of pacer messages and did not see the judges orders at the time. I have moved to a different apartment only to find out about the dismissal by mail when it was forwarded from my old address.

For the past 10 months I have been on maternity leave unpaid due to no child care, and has left me with financial hardship paying to refile the case.

Now with all the information, I have set up a pacer account, & updated my address. I am informed and ready to start my case once reopens.

Attach additional pages and documents if necessary.

7/19/23
Executed on (date)

Signature

Angeline Herrera
Name

Prison Identification # (if incarcerated)

3333 Broadway Apt D32C   New York   NY   10031
Address                  City        State Zip Code

(917)499-1981
Telephone Number (if available)

Angieherrera424@gmail.com
E-mail Address (if available)