```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANGELINE HERRERA,                                           :
                                                            :
                              Plaintiff,                    :
                                                            :         23-CV-677 (VSB)
                 -against-                                  :
                                                            :             ORDER
                                                            :
RICARDO TORRES & MARIO BAUTISTA,                            :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff Angeline Herrera filed this action *pro se* on January 26, 2023. (*See* Doc. 1.) On January 23, 2025, I found that Plaintiff's pleadings failed to establish this Court's subject-matter jurisdiction over the action. (*See* Doc. 42.) I ordered Plaintiff to submit an amended complaint or pleading establishing the domicile of each Defendant at the time that this case was filed no later than February 28, 2025, warning that failure to comply with the order could result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). To date, Plaintiff has not responded to the order, and has not otherwise demonstrated an intent to prosecute this action.

      Accordingly, it is hereby:

      ORDERED that no later than April 18, 2025, Plaintiff shall comply with my January 23, 2025 order. If Plaintiff fails to do so or otherwise fails to demonstrate an intent to prosecute this action, I will dismiss this case pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the address on file.

SO ORDERED.

Dated: April 3, 2025
New York, New York

Vernon S. Broderick
United States District Judge